IN THE MATTER OF LOUIS J. MILLER, AN ATTORNEY-AT-LAW.

Argued November 3, 1958—Decided November 17, 1958.

*Mr. Thomas J. Brogan* for the order.

*Mr. Joseph Melillo* for the respondent.

PER CURIAM. The respondent freely admits his violation of the Canons of Ethics. The Hudson County Ethics and Grievance Committee unanimously recommended no discipline beyond reprimand. Under the unusual circumstances of this case we concur in the recommendation of the committee and accordingly the respondent is hereby reprimanded.

*Guilty and for reprimand*—Chief Justice WEINTRAUB, and Justices HEHER, BURLING, JACOBS, FRANCIS and PROCTOR—6.

*Not guilty*—Justice WACHENFELD—1.